# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOSELITO CABRERA CAPELLAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00921-MHH-JHE |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On October 25, 2021, the magistrate judge entered a report (Doc. 11) in which he recommended that the Court dismiss the Petition of Writ of Habeas Corpus filed by Joselito Cabrera Capellan (Doc. 1) as moot. No objections have been filed by Mr. Capellan's attorney.

After consideration of the record in this case and the magistrate judge's report, the Court adopts the report of the magistrate judge and accepts his recommendation. Accordingly, by separate order, the Court will dismiss Mr. Capellan's petition as moot.

**DONE** and **ORDERED** this November 8, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE